IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, as Subrogee of Briggs & Stratton Power Products Group, LLC and Briggs & Stratton Corporation | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) ) | No. 1:10-cv-01028-JDB-egb JURY DEMAND Judge J. Daniel Breen |
| OSRAM SYLVANIA, INC. and OSRAM SYLVANIA PRODUCTS, INC., | ) ) ) | Magistrate Edward G. Bryant |
| Defendants. | ) | |

## AGREED ORDER GRANTING PLAINTIFF LEAVE TO FILE PROPOSED SECOND AMENDED COMPLAINT

It appearing to the Court, as evidenced by the signatures of counsel for the parties, that the parties are in agreement that Plaintiff should be granted leave to file its proposed Second Amended Complaint, a copy of which is attached hereto as **Exhibit A**, it is accordingly

ORDERED, ADJUDGED and DECREED that Plaintiff be and same is hereby granted leave to file its proposed Second Amended Complaint.

ENTERED this 14th day of April, 2010.

                                                   s/ J. DANIEL BREEN
                                                 UNITED STATES DISTRICT JUDGE

278056.1

APPROVED FOR ENTRY:

s/ Jefferson C. Orr
Jefferson C. Orr, #12743
SMITH CASHION & ORR, PLC
231 Third Avenue North
Nashville, Tennessee  37201
(615) 742-8555 – Tel
(615) 742-8556 – Fax
jorr@smithcashion.com
*Attorney for the Plaintiff*

s/ James M. Doran, Jr. by Jefferson C. Orr w/permission
Lela M. Hollabaugh
James M. Doran, Jr.
Waller Lansden Dortch & Davis, LLP
511 Union St.
Suite 2700
Nashville, TN 37219
(615) 244-6380 – Tel
(615) 244-6804 – Fax
Lela.hollabaugh@wallerlaw.com
Jim.doran@wallerlaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded via e-mail to the following:

| | |
|---|---|
| Lela M. Hollabaugh | Andrew Chamberlin |
| James M. Doran, Jr. | Ellis & Winters, LLP |
| Waller Lansden Dortch & Davis, LLP | 333 N. Greene St. |
| 511 Union St. | Suite 200 |
| Suite 2700 | Greensboro, NC 27401 |
| Nashville, TN 37219 | (336) 217-4195 – Tel |
| (615) 244-6380 – Tel | (336) 217-4198 – Fax |
| (615) 244-6804 – Fax | Andrew.chamberlin@elliswinters.com |
| Lela.hollabaugh@wallerlaw.com | *Co-Counsel for Defendants* |
| Jim.doran@wallerlaw.com | |
| *Attorneys for Defendants* | |

This 7th day of April, 2010.

 s/ Jefferson C. Orr