# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

FACTORY MUTUAL INSURANCE
COMPANY, as Subrogee of
Briggs & Stratton Power Products
Group, LLC and Briggs & Stratton
Corporation

Plaintiffs,

v.                                                            CASE NUMBER: 1:10-cv-1028-B

OSRAM SYLVANIA, INC. and
OSRAM SYLVANIA PRODUCTS, INC.,

Defendants,

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation entered in the above-styled matter on 6/10/2010, this case is hereby Dismissed without prejudice.

**APPROVED:**

                                                           s/J. Daniel Breen
                                                           **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/Anna Jordan**
**DEPUTY CLERK**